IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

| | |
|---|---|
| IN RE:<br>Ashley Carmen Pickens<br><br>**Debtor(s)**.<br><br>---<br><br>FYR SFR Borrower, LLC<br><br>**Movant**<br><br>v.<br><br>Ashley Carmen Pickens, Debtor(s),<br>  Jason L. Pettie, Trustee<br><br>**Respondents**. | CASE NO. 25-57563-pwb<br>CHAPTER 7<br><br>Judge Paul W. Bonapfel<br><br>CONTESTED MATTER |

## FYR SFR BORROWER, LLC'S
## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, FYR SFR Borrower, LLC (hereinafter "Movant"), a creditor and party in interest in the above-captioned case, by and through its undersigned counsel, and, pursuant to 11 U.S.C. § 362(d), moves the Court for an order lifting the automatic stay (hereinafter, the "Motion"), respectfully showing this honorable Court as follows:

1.

This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the automatic stay for all purposes allowed by law and the contract between the parties including, but not limited to, the right to proceed with a Dispossessory Action.

2.

Ashley Carmen Pickens (hereinafter, "Debtor(s)") filed a voluntary petition for bankruptcy protection under Chapter 7 of the Bankruptcy Code on July 7, 2025, and is, therefore, subject to the jurisdiction of the Court.

1

3.

This Court has jurisdiction over this Motion pursuant to 11 U.S.C. §§ 362 and 363.

4.

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated January 22, 2025, at a rate of $1735.00 per month, plus utilities as-incurred and fees accruing thereunder (hereinafter, the "Lease"). The Lease is executed by Ashley Pickens, relative to certain property known as 4265 Loveless Pl, Ellenwood GA 30294, (hereinafter, the "Property"). A true and correct copy of the Lease is attached hereto as Exhibit "A" and incorporated herein by reference.

5.

Movant avers that, pursuant to the terms and conditions of the Lease, the Debtor(s) are currently in default under the terms of the Lease for non-payment of rent in the amount of $14,627.32, including a post-filing default for failure to pay rent, plus utilities as-incurred and fees accruing thereunder, for the month(s) of August and September.

6.

Movant further avers there is cause, including the lack of adequate protection, for granting Movant's Motion for Relief from Automatic Stay. Furthermore, the stay should be lifted as the Debtor(s) do not have equity in the Property, and it is not necessary for an effective reorganization.

7.

Because the Lease provides, the Debtor(s) are responsible for Movant's reasonable attorney's fees and expenses.

8.

Pursuant to 11 U.S.C. § 362(d), Movant is entitled to a termination of the automatic stay, with respect to its Property, since the lack of adequate protection exists.

9.

Movant requests that the provisions of Bankruptcy Rule 4001(a)(4) be waived and/or modified so as to allow Movant to proceed immediately with a dispossessory action in the applicable state Magistrate Court.

WHEREFORE, Movant FYR SFR BORROWER, LLC prays for the following relief:

(a) That this Court grant Movant's Motion for Relief From Stay;

(b) That the automatic stay pursuant to § 362(d) of the Bankruptcy Code be terminated, annulled, modified, and lifted to permit Movant to pursue all remedies available under Georgia law to recover possession of the Property and to allow Movant to apply any security deposit held by Movant to any post-petition amounts which came due under the terms of the Lease, and that the property be abandoned as property of the estate;

(c) That the Court waive and/or modify Bankruptcy Rule 4001(a)(4) so as to allow Movant to proceed immediately with a dispossessory action;

(d) That the Court award Movant its attorney's fees and costs in bringing of this Motion; and

(e) For such other and further relief as this Court deems just and equitable.

Respectfully submitted, this Monday, September 22, 2025.

THE TOTTEN FIRM, LLC  
5579 Chamblee-Dunwoody Rd, Ste B-136  
Atlanta, GA 30338  
(404) 692-4342 (Telephone)  
mft@tottenfirm.com

/s/ Matthew F. Totten  
MATTHEW F. TOTTEN  
(Georgia Bar No. 798589)  
ATTORNEY FOR MOVANT

4

Case 25-57563-pwb    Doc 18    Filed 09/22/25    Entered 09/22/25 14:12:43    Desc Main
Document      Page 4 of 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

| | |
|---|---|
| IN RE:<br>Ashley Carmen Pickens<br><br>Debtor(s). | CASE NO. 25-57563-pwb<br>CHAPTER 7<br><br>Judge Paul W. Bonapfel |
| FYR SFR Borrower, LLC<br><br>Movant<br><br>v.<br><br>Ashley Carmen Pickens, Debtor(s),<br>  Jason L. Pettie, Trustee<br><br>Respondents. | CONTESTED MATTER |

## NOTICE OF MOTION FOR RELIEF FROM STAY, DEADLINE TO OBJECT AND HEARING

**Movant FYR SFR Borrower, LLC** has filed a **Motion for Relief from Stay**, seeking an order lifting the automatic stay as to certain real property located at 4265 Loveless Pl, Ellenwood GA 30294, on **Monday, September 22, 2025.** Pursuant to Fourth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or hearing if no party in interest files a response or objection within *twenty-one (21) days* from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive SW, Atlanta, GA 30303, and serve a copy on the movant's attorney, **Matthew F. Totten, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338**, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for November 5, 2025. The Court will hold a hearing on the **Motion for Relief From Stay** at **10:15 A.M. (ET) on Wednesday, November 5, 2025** in Courtroom 1401, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the

relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: Monday, September 22, 2025.


| | |
|---|---|
| THE TOTTEN FIRM, LLC | /s/ Matthew F. Totten |
| 5579 Chamblee-Dunwoody Rd, Ste B-136 | MATTHEW F. TOTTEN |
| Atlanta, GA 30338 | (Georgia Bar No. 798589) |
| (404) 692-4342 (Telephone) | ATTORNEY FOR MOVANT |
| mft@tottenfirm.com | |

# CERTIFICATE OF SERVICE

This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing ***NOTICE OF MOTION FOR RELIEF FROM STAY, DEADLINE TO OBJECT AND HEARING*** in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

> E. L. Clark
> Clark & Washington, LLC
> Bldg. 3
> 3300 Northeast Expwy.
> Atlanta, GA 30341
>
> Jason L. Pettie
> Taylor Duma LLP
> Suite 200
> 1600 Parkwood Circle SE
> Atlanta, GA 30339

I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

> Ashley Carmen Pickens, Debtor
> 4265 Loveless Pl
> Ellenwood GA 30294

Dated: Monday, September 22, 2025.

| | |
|---|---|
| THE TOTTEN FIRM, LLC<br>5579 Chamblee-Dunwoody Rd, Ste B-136<br>Atlanta, GA 30338<br>(404) 692-4342 (Telephone)<br>mft@tottenfirm.com | /s/ Matthew F. Totten<br>MATTHEW F. TOTTEN<br>(Georgia Bar No. 798589)<br>ATTORNEY FOR MOVANT |