**IT IS ORDERED as set forth below:**



Date: October 16, 2025

_____

Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| Ashley Carmen Pickens ) | |
| Debtor(s). ) | |
| ) | CASE NO. 25-57563-pwb |
| ) | CHAPTER 7 |
| FYR SFR Borrower, LLC ) | |
| ) | Judge Paul W. Bonapfel |
| Movant. ) | |
| V. ) | CONTESTED MATTER |
| Ashley Carmen Pickens, Debtor(s), ) | |
| Jason L. Pettie, Trustee ) | |
| Respondents. ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On September 22, 2025, FYR SFR Borrower, LLC (hereinafter, "Movant") filed a

1

Motion For Relief From Automatic Stay (Doc. No. 18) (the "Motion"). The Motion concerns rented real property known as 4265 Loveless Pl, Ellenwood GA 30294 (the "Property"). Within the Motion, proper notice – as contended by Movant - of the opportunity to object and for hearing was provided pursuant to the procedures Amended and Restated General Order No. 24-2018 and that no objection to the motion was filed prior to the objection deadline.

The Court, having considered the Motion and all other matters of record, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. The Court hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant may obtain a postpetition judgment within the course of a dispossessory action to recover possession of the Property. Movant may seek rent for the occupancy of the Property by the Debtor after the filing of this case under applicable Georgia law and to seek and obtain a money judgment against the Debtor for such unpaid rent, provided, however, that Movant is not permitted to pursue any collection activities on said postpetition judgment as to property of the estate or any property that the Debtor has exempted under 11 U.S.C. sec. 522(b).

**ORDERED** that the automatic stay of 11 U.S.C. s 362(s) shall remain in effect to prohibit Movant from seeking or obtaining or enforcing a personal judgment against the Debtor for any money due under the Lease or based on any obligation of Debtor under the Lease.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any

collection activities on said post-petition judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action.

[END OF DOCUMENT]

| | |
|---|---|
| **Order presented by:** | THE TOTTEN FIRM, LLC |
| | 2090 Dunwoody Club Dr, Ste 106-33 |
| /s/ Matthew F. Totten | Atlanta, GA 30350 |
| MATTHEW F. TOTTEN | Tel: (404) 692-4342 |
| (Georgia Bar No. 798589) | Email: mft@tottenfirm.com |

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr, Ste 106-33
Atlanta, GA 30350

E. L. Clark
Clark & Washington, LLC
Bldg. 3, 3300 Northeast Expwy.
Atlanta, GA 30341
Attorney for Debtor

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Jason L. Pettie
Taylor Duma LLP
Ste 200, 1600 Parkwood Cir SE
Atlanta, GA 30339
Chapter 7 Trustee

Ashley Carmen Picken, Debtor
4265 Loveless Pl
Ellenwood GA 30294