

**IT IS ORDERED as set forth below:**

**Date: October 16, 2025**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Ashley Carmen Pickens | ) |
| | ) |
| Debtor(s). | ) |
| | ) |
| _____ | ) CASE NO. 25-57563-pwb |
| | ) CHAPTER 7 |
| FYR SFR Borrower, LLC | ) |
| | ) Judge Paul W. Bonapfel |
| Movant. | ) |
| | ) |
| V. | ) CONTESTED MATTER |
| | ) |
| Ashley Carmen Pickens, Debtor(s), | ) |
| | ) |
| Jason L. Pettie, Trustee | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On September 22, 2025, FYR SFR Borrower, LLC (hereinafter, "Movant") filed a

1

Motion For Relief From Automatic Stay (Doc. No. 18) (the "Motion").  The Motion concerns rented real property known as 4265 Loveless Pl, Ellenwood GA 30294 (the "Property").  Within the Motion, proper notice – as contended by Movant - of the opportunity to object and for hearing was provided pursuant to the procedures Amended and Restated General Order No. 24-2018 and that no objection to the motion was filed prior to the objection deadline.

The Court, having considered the Motion and all other matters of record, including the lack of objection thereto, and based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. The Court hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant may obtain a postpetition judgment within the course of a dispossessory action to recover possession of the Property.  Movant may seek rent for the occupancy of the Property by the Debtor after the filing of this case under applicable Georgia law and to seek and obtain a money judgment against the Debtor for such unpaid rent, provided, however, that Movant is not permitted to pursue any collection activities on said postpetition judgment as to property of the estate or any property that the Debtor has exempted under 11 U.S.C. sec. 522(b).

**ORDERED** that the automatic stay of 11 U.S.C. s 362(s) shall remain in effect to prohibit Movant from seeking or obtaining or enforcing a personal judgment against the Debtor for any money due under the Lease or based on any obligation of Debtor under the Lease.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any

2

collection activities on said post-petition judgment as to property of the estate during the pendency of

the instant Bankruptcy.

      **ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by

Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a

dispossessory action.

[END OF DOCUMENT]

**Order presented by:**

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)

THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr, Ste 106-33
Atlanta, GA 30350
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr, Ste 106-33
Atlanta, GA 30350

E. L. Clark
Clark & Washington, LLC
Bldg. 3, 3300 Northeast Expwy.
Atlanta, GA 30341
Attorney for Debtor

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Jason L. Pettie
Taylor Duma LLP
Ste 200, 1600 Parkwood Cir SE
Atlanta, GA 30339
Chapter 7 Trustee

Ashley Carmen Picken, Debtor
4265 Loveless Pl
Ellenwood GA 30294

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 25-57563-pwb

Ashley Carmen Pickens                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 17, 2025 | Form ID: pdf401 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley Carmen Pickens, 4265 Loveless Place, Ellenwood, GA 30294-1623 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025                Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. L. Clark | |
| | on behalf of Debtor Ashley Carmen Pickens cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com |
| Jason L. Pettie | |
| | jpettie@taylorduma.com GA25@ecfcbis.com;jp@trustesolutions.net |
| Matthew Franklin Totten | |
| | on behalf of Creditor FYR SFR BORROWER LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | |
| | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 4