## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **25-57563-pwb** |
| **Ashley Carmen Pickens,** | * | |
| | * | |
| | * | CHAPTER: **7** |
| | * | |
| | * | |
| Debtor | * | |
| **Ashley Carmen Pickens,** | * | |
| | * | |
| | * | |
| | * | |
| MOVANT, | * | |
| VS. | * | |
| **Gwinnett Hospital System, Inc** | * | **Civil Action File No.** |
| | * | **18A690441** |
| RESPONDENT. | * | |

### MOTION TO AVOID JUDICIAL LIEN

COMES NOW, Debtor, **Ashley Carmen Pickens**, and through counsel moves for an

order avoiding a lien held by Respondent pursuant to 11 U.S.C. Section 522(f) and alleges the

following:

### 1.

Respondent obtained a judgment against the Debtor on or about 10/16/2018 in the **State**

**Court of DeKalb County, GA**, and the amount of that judgment lien on the petition date was

$**609.00**.

### 2.

Pursuant to 11 U.S.C. Section 522 and O.C.G.A. 44-13-100, Debtor properly claimed as

exempt on Schedule C, including all allowed amendments to schedule C, the following property:

3.

The value of each claimed exemption in the above property, as shown on Schedule C, is

equal to or greater than the market value of that property, as accurately reflected on Schedules A

and B.

WHEREFORE, Debtor is entitled to entry of an Order avoiding Respondent's lien

against the exempt property, as set forth above.

Respectfully submitted
CLARK & WASHINGTON, PC

/s/ _____
Iesha Warmack, GA Bar No. 865980
Attorneys for Debtor
CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Ashley Carmen Pickens** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION |
| Case number | **25-57563-pwb** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

---

**Part 1:    Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **3 bedrooms, livingroom, diningroom, washer/dryer, kitchen appliances**  Line from *Schedule A/B*: **6.1** | $3,000.00 | ■ $2,500.00  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **3 bedrooms, livingroom, diningroom, washer/dryer, kitchen appliances**  Line from *Schedule A/B*: **6.1** | $3,000.00 | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **4 TVs, 1 Ipad, 3 Laptops, Applewatch, speaker, headphones**  Line from *Schedule A/B*: **7.1** | $2,500.00 | ■ $2,000.00  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **4 TVs, 1 Ipad, 3 Laptops, Applewatch, speaker, headphones**  Line from *Schedule A/B*: **7.1** | $2,500.00 | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Basketball Goals, Workout equipment**  Line from *Schedule A/B*: **9.1** | $500.00 | ■ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   **Ashley Carmen Pickens**                                        Case number (if known)    **25-57563-pwb**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Personal clothing, shoes**<br>Line from *Schedule A/B*: **11.1** | $980.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Personal clothing, shoes**<br>Line from *Schedule A/B*: **11.1** | $980.00 | ■ $480.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Real jewelry**<br>Line from *Schedule A/B*: **12.1** | $2,500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(5) |
| **Real jewelry**<br>Line from *Schedule A/B*: **12.1** | $2,500.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Bloodpressure cuff, asthma nebulizers**<br>Line from *Schedule A/B*: **14.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(10) |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Checkings: Capital One**<br>Line from *Schedule A/B*: **17.1** | $2.00 | ■ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **401k: Fidelity**<br>Line from *Schedule A/B*: **21.1** | $12,197.00 | ■ $12,197.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(2.1)(D) |
| **Pharmacy License**<br>Line from *Schedule A/B*: **27.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Back Child Support**<br>Line from *Schedule A/B*: **29.1** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(2)(D) |
| **Short Term Disability**<br>Line from *Schedule A/B*: **30.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Ashley Carmen Pickens**                                    Case number (if known)    **25-57563-pwb**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Life Insurance (No cash value)**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(9)** |
| **Health Insurance**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **Employment Discrimination Claim**<br>Line from *Schedule A/B*: **33.1** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |
| **Tax Return Preparer Fraud Claim**<br>Line from *Schedule A/B*: **33.2** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(6)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **25-57563-pwb** |
| **Ashley Carmen Pickens,** | * | |
| | * | |
| | * | CHAPTER:  **7** |
| | * | |
| | * | |
| Debtor | * | |
| **Ashley Carmen Pickens,** | * | |
| | * | |
| | * | |
| | * | |
| MOVANT, | * | |
| VS. | * | |
| **Gwinnett Hospital System, Inc** | * | **Civil Action File No.** |
| | * | **18A690441** |
| RESPONDENT. | * | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO
AVOID JUDICIAL LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

NOTICE IS HEREBY GIVEN that on October 23 , 2025, a Motion to Avoid Judicial Lien on exempt property pursuant to 11 U.S.C. Section 522 was filed in this case.

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-1(b), the Respondent must file a response to the Motion within 21 days after service and serve a copy of said response upon Movant.

If no response is timely filed and served, the Motion will be denied unopposed, and the Bankruptcy Court may enter an order granting the relief sought.

Respectfully submitted
CLARK & WASHINGTON, PC

/s/
Iesha Warmack, GA Bar No. 865980
CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION**

IN RE:                                      * CASE NO.: **25-57563-pwb**
**Ashley Carmen Pickens,**                  *
                                            *
                                            * CHAPTER:  **7**
                                            *
                                            *
              Debtor                        *

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of October 2025, I electronically filed the foregoing Motion to Avoid Judicial Lien on the Exempt Property, together with the Notice of Requirement of Response to Motion to Avoid Judicial Lien on Exempt Property and of Time to File Same using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

None

I further certify that on this day I caused a copy of this document to be served via the United States First Class Mail, with adequate postage prepaid or overnight mail on the following parties at the address shown for each.

**Jason L Pettie- Chapter 7 Trustee**          **Ashley Pickens**
Taylor English Duma LLP                        4265 Loveless Place
Suite 200                                      Ellenwood, GA 30294
1600 Parkwood Circle SE
Atlanta, GA 30339

**Gwinnett Hospital System, Inc**
Reg. Agent: Peter B. Wheeler, Secretary
100 Medical Center Boulevard
Suite 100
Lawrenceville, GA 30046

Dated: 10/23/2025

/s/ _____

Iesha Warmack, GA Bar No. 865980
Attorneys for Debtor
CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
Fax(770)220-0685