**IT IS ORDERED as set forth below:**



**Date: December 4, 2025**

_____

       **Paul W. Bonapfel**
      **U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 25-57563-PWB |
| ASHLEY CARMEN PICKENS<br>*AKA* ASHLEY PICKENS<br>*AKA* ASHLEY C PICKENS, | CHAPTER 7 |
| Debtor. | JUDGE BONAPFEL |
| ASHLEY CARMEN PICKENTS, | CONTESTED MATTER |
| Movant, | |
| v. | |
| GWINNETT HOSPITAL SYSTEM, INC., | |
| Respondent. | |

**O R D E R**

    Before the Court is the Motion to Avoid Lien (the "Motion") of the above-named Debtor, as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). (Docket No. 21). The Respondent has not filed a response; thus, the Motion is deemed to be unopposed. *See* BLR 6008-1(b), N.D. Ga. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the lien held by the Respondent upon exempt property of the above-named Movant is **AVOIDED** to the extent that such lien impairs an exemption to which Movant would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk of Court is directed to serve a copy of this Order to the parties on the distribution list.

END OF DOCUMENT

DISTRIBUTION LIST

Ashley Carmen Pickens
4265 Loveless Place
Ellenwood, GA 30294

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Jason L. Pettie
Taylor Duma LLP
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339

Gwinnett Hospital System, Inc.
Reg. Agent: Peter B. Wheeler, Secretary
100 Medical Center Boulevard
Suite 110
Lawrenceville, GA 30046