UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Ashley Carmen Pickens**
4265 Loveless Place
Ellenwood, GA 30294

**xxx−xx−8039**

Case No.: **25−57563−pwb**
Chapter: **7**
Judge: **Paul W. Bonapfel**

### ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Jason L. Pettie**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

_____
Paul W. Bonapfel
United States Bankruptcy Judge

Dated:   December 8, 2025

Form 183

United States Bankruptcy Court

Northern District of Georgia

In re:  
Ashley Carmen Pickens  
　　Debtor

Case No. 25-57563-pwb  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113E-9  User: bncadmin  Page 1 of 2  
Date Rcvd: Dec 08, 2025  Form ID: 183  Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+ 　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley Carmen Pickens, 4265 Loveless Place, Ellenwood, GA 30294-1623 |
| 25354291 | + | Gwinnett Hospital System, Inc, Reg. Agent: Peter B. Wheeler, Secretary, 100 Medical Center Boulevard, Suite 100, Lawrenceville, GA 30046-7636 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25354289 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 08 2025 20:44:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 25354290 | | Email/Text: brnotices@dor.ga.gov | Dec 08 2025 20:42:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 25354292 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 08 2025 20:42:00 | Internal Revenue Service, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 25354293 | | Email/Text: EBN@Mohela.com | Dec 08 2025 20:41:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 25354294 | + | Email/Text: bknotices@progressresidential.com | Dec 08 2025 20:44:00 | Progress Residential, 2658 Holcomb Bridge Road, Suite 118, Alpharetta, GA 30022-6822 |
| 25354295 | + | Email/Text: joey@rmscollect.com | Dec 08 2025 20:44:00 | Receivable Management Systems, Attn: Bankruptcy, Po Box 73810, N Chesterfield, VA 23235-8047 |
| 25354296 | | Email/Text: bankruptcy@springoakscapital.com | Dec 08 2025 20:41:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 25354297 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 08 2025 20:44:00 | TSI, Attn: Bankruptcy, Po Box 15130, Wilmington, DE 19850-5130 |
| 25355938 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Dec 08 2025 20:43:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 9

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 08, 2025 | Form ID: 183 | Total Noticed: 11 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Dec 10, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:

**Name**  **Email Address**

E. L. Clark
  on behalf of Debtor Ashley Carmen Pickens cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com

Jason L. Pettie
  jpettie@taylorduma.com GA25@ecfcbis.com;jp@trustesolutions.net

Matthew Franklin Totten
  on behalf of Creditor FYR SFR BORROWER  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Office of the United States Trustee
  ustpregion21.at.ecf@usdoj.gov

TOTAL: 4